UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61418-CIV-ZLOCH

MANKIND, INC.,

    Plaintiff,

vs.                                                <u>O R D E R</u>

JOMAR NIEVES, et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiffs' Motion To Strike Affirmative Defenses (DE 12). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that in Defendants' Response To Motion To Strike Affirmative Defenses (DE 17), they concede that Defenses 1, 2, and 5 should be amended. Therefore, the Court shall strike said Affirmative Defenses. With respect to the remaining Affirmative Defenses, the Court finds Defendants have satisfied the requisite pleading standards.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion To Strike Affirmative Defenses (DE 12) be and the same is hereby **GRANTED** in part and **DENIED** in part, as follows:

1. To the extent the instant Motion (DE 12) seeks to strike Affirmative Defenses 1, 2, and 5, it be and the same is hereby **GRANTED**;

2. Defendants' Affirmative Defenses 1, 2, and 5, as pled in their Answer (DE 6) be and the same are hereby **STRICKEN**; and

3. In all other respects the instant Motion (DE 12) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record